# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
**VENUE: SAN FRANCISCO**

---

UNITED STATES OF AMERICA,

V.

COLEMAN LAU

CR 07 0482

DEFENDANT.

---

## INDICTMENT

18 U.S.C. § 545 - Smuggling;
18 U.S.C. § 1001(a)(2) - False Statement

---

A true bill.

_____
Foreman

Filed in open court this 24th day of
JULY 2007

_____
Clerk

Bail, $ No Bail Warrant



AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

18 U.S.C. SEC 545 -- SMUGGLING

18 U.S.C. SEC 1001(A)(2) -- FALSE STATEMENTS

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
5 YEARS IMPRISONMENT, $250,000 FINE, 3 YEARS SUPERVISED RELEASE, $100 SPECIAL ASSESSMENT

---- DEFENDANT - U.S. ----
▶ COLEMAN LAU

DISTRICT COURT NUMBER
CR 07 0482 VRW

---- PROCEEDING ----
Name of Complainant Agency, or Person (&Title, if any)
U.S. FISH AND WILDLIFE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    STACEY GEIS

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

DATE OF ARREST ▶    Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: 0

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
| 2 | United States Attorney |



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

CR 07 0482

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 545 – Smuggling;<br>18 U.S.C. § 1001(a)(2) – False Statement |
| COLEMAN LAU, | SAN FRANCISCO VENUE |
| Defendant. | |

### INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 545 – Smuggling)

On or about March 2, 2004, in the Northern District of California, and elsewhere, the defendant,

### COLEMAN LAU,

did knowingly import and bring into the United States merchandise contrary to law, to wit; fourteen (14) live, juvenile Fly River turtles, knowing the same to have been imported or brought into the United States contrary to law, specifically, 19 Code of Federal Regulations Section 148.11 & 50 Code of Federal Regulations Sections 14.52

INDICTMENT (LAU)



14.61. All in violation of Title 18, United States Code, Section 545.

COUNT TWO (18 U.S.C. § 1001(a)(2) – False Statement)

On or about March 2, 2004, in the Northern District of California, in a matter within the jurisdiction of the Executive Branch of the Government of the United States, the defendant,

COLEMAN LAU,

did knowingly and willfully make materially false, fictitious and fraudulent statements and representations, to wit: representing on a Customs Declaration (Form 6059B) that he was not bringing any animals or animal/wildlife products into the United States, when in fact, as the defendant well knew at all relevant times, he was bringing in fourteen (14) live, juvenile Fly River turtles, in violation of Title 18 U.S.C. §§ 1001(a)(2).

DATED: July 24, 2007    A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Acting Chief, Criminal Division

(Approved as to form: _____)
AUSA GEIS

INDICTMENT (LAU)    2